# First District Court of Appeal
## State of Florida

_____

No. 1D18-0502
_____

PROBODY COLLISION CENTER,
INC. and ASCENDANT CLAIMS
SERVICES,

    Appellants,

    v.

CARLOS HERRERA,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: October 7, 2016.

September 6, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellants.

Bram J. Gechtman of Law Offices of Bram J. Gechtman, P.A., Miami, for Appellee.